■ DONNA BUBECK, Respondent, v MAIN UROLOGY ASSOCIATES, P. C., et al., Appellants. [665 NYS2d 371] —Order and judgment unanimously affirmed without costs. Memorandum: We conclude that the affidavit of plaintiff's medical expert establishes the existence of triable issues of fact concerning defendants' alleged medical malpractice (*see, Menzel v Plotnick*, 202 AD2d 558, 559). (Appeals from Order and Judgment of Supreme Court, Erie County, Mintz, J.—Summary Judgment.) Present—Green, J. P., Pine, Wisner, Balio and Fallon, JJ.